In the Matter of PYRAMID COMPANY OF WATERTOWN et al., Respondents, v PLANNING BOARD OF TOWN OF WATERTOWN et al., Appellants, et al., Respondent.

Submitted August 7, 2006; decided August 29, 2006

Motion to dismiss appeals granted and the appeals dismissed with $400 costs and $100 costs of motion upon the ground that the issues presented have become moot.